| STATE OF WISCONSIN, CIRCUIT COURT, WOOD COUNTY | | For Official Use |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF <br><br> Frank Zickert | ☐ Amended <br><br> **Letters of Special Administration** <br> (Formal Administration) <br><br> Case No. 14PR135 | FILED <br> JUL 01 2014 <br> PROBATE/JUVENILE COURT <br> Wood County, Wisconsin |

RECEIVED JUL 07 2014

To: Cindy Zickert
7603 Puff Creek Blvd.
Arpin, WI 54410

The decedent, with date of birth 12/26/1943 and date of death 5/17/2011, was domiciled in Wood County, State of Wisconsin.

You are granted
- ☒ only these specific powers: To prosecute an action on behalf of the Estate of Frank Zickert currently pending in U.S. District Court for the Western District of Wisconsin, Case No. 13-CV-250.
- ☐ all the same powers, duties and liabilities as a personal representative.
  - ☐ Except: _____

Other: _____

(Seal)

BY THE COURT:

_[signature]_
☒ Circuit Court Judge  ☐ Circuit Court Commissioner
Hon. Gregory J. Potter
Name Printed or Typed

7/1/14
Date

| Form completed by: (Name) <br> Robert G. McCoy | |
|---|---|
| Address <br> 220 S. Ashland Ave <br> Chicago, IL 60607 | |
| Telephone Number <br> 312-944-0600 | Bar Number <br> 1054014 |

**EXHIBIT 1**

| STATE OF WISCONSIN, CIRCUIT COURT, WOOD COUNTY | | For Official Use |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF<br><br>Frank Zickert | ☐ Amended<br>**Letters of<br>Special Administration**<br>(Formal Administration)<br><br>Case No. 14PR135 | FILED<br>JUL 01 2014<br>PROBATE/JUVENILE COURT<br>Wood County, Wisconsin |

To: Cindy Zickert
7603 Puff Creek Blvd.
Arpin, WI 54410

The decedent, with date of birth 12/26/1943 and date of death 5/17/2011, was domiciled in Wood County, State of Wisconsin.

You are granted
☒ only these specific powers: To prosecute an action on behalf of the Estate of Frank Zickert currently pending in U.S. District Court for the Western District of Wisconsin, Case No. 13-CV-250.

☐ all the same powers, duties and liabilities as a personal representative.
  ☐ Except: _____

Other: _____

(Seal)

BY THE COURT:

[signature]
☒ Circuit Court Judge  ☐ Circuit Court Commissioner
Hon. Gregory J. Potter
Name Printed or Typed

7/1/14
Date

| Form completed by: (Name)<br>Robert G. McCoy | |
|---|---|
| Address<br>220 S. Ashland Ave<br>Chicago, IL 60607 | |
| Telephone Number<br>312-944-0600 | Bar Number<br>1054014 |

STATE OF WISCONSIN, CIRCUIT COURT, WOOD COUNTY | For Official Use

IN THE MATTER OF THE ESTATE OF

Frank Zickert

☐ Amended

**Order for Special Administration**
(Formal Administration)

Case No. 14PR135

FILED
JUL 01 2014
PROBATE/JUVENILE COURT
Wood County, Wisconsin

A petition for the special administration was filed or the court acts on its own motion.

**THE COURT FINDS:**
1. The decedent, with date of birth 12/26/1943 and date of death 5/17/2011 was domiciled in Wood County, State of Wisconsin, with a mailing address of 7603 Puff Creek Blvd., ~~Richfield~~ Arpin, WI 54410.
2. The court has jurisdiction, is the proper venue and there is a statutory basis for appointment of a special administrator.
3. Notice was
   ☐ given to all persons entitled to notice.
   ☒ waived.
   ☐ deemed unnecessary by the court and the appointment should be made without delay.
☐ 4. Other: _____

**THE COURT ORDERS:**
1. Letters of special administration be issued to Cindy Zickert, mailing address 7603 Puff Creek Blvd., ~~Richfield~~ Arpin, WI 54410.
2. ☐ A signature bond   ☐ A surety bond   in the sum of $_____ is required.
   ☒ No bond is required.
3. The special administrator is granted
   ☒ A. only these specific powers and duties: To prosecute an action on behalf of the Estate of Frank Zickert currently pending in U.S. District Court for the Western District of Wisconsin, Case No. 13-CV-250.
   ☐ B. (following a hearing on notice to, or waiver of notice by, all interested parties) all the same powers, duties and liabilities as a personal representative.
      ☐ Except: _____
☐ 4. Other: _____

**THIS IS A FINAL ORDER FOR PURPOSES OF APPEAL IF SIGNED BY A CIRCUIT COURT JUDGE.**
**BY THE COURT:**

Form completed by: (Name)
Robert G. McCoy
Address
220 S Ashland Ave.
Chicago, IL 60607

Telephone Number: 312-944-0600
Bar Number: 1054014

☒ Circuit Court Judge   ☐ Circuit Court Commissioner
Hon. Gregory J. Potter
Name Printed or Typed
7/1/14
Date

Register in Probate  
Wood County  
RECEIPT FOR FEES          N⁰ 48605

Wisconsin Rapids, Wis., _July 1_ 20_14_

Paid By _Cascino Vaughn Law Offices_

In Re _Frank Zickert Estate_

*CR # 60947 (14PR135)*

| FILING: | Fee | Amount |
|---|---|---|
| • Estate, Special Admin., Guardianship, Conservatorship, Certificate or Judgment of Descent | | 20 00 |
|   1. Gross estate, $10,000 or less............... | $20.00 | |
|   2. Gross estate, more than $10,000 of the amount of the gross estate............. | .2% | |
| • Termination of Life Estates or Homestead Interest................ | $3.00 | |
| • Objection to Probate of Will................ | $20.00 | |
| • Certifications: _____ | | |
| • Copying & Comparing (per page)............. | $1.00 | |
| • Filing Claims........... | $3.00 | |
| • For Searching Files or Records........ | $4.00 | |
| • Receiving Power of Attorney for Health Care for Safekeeping ........ | $8.00 | |
| • Receiving Declaration for Safekeeping ....... | $8.00 | |
| • Filing Petition under 880.155 ....... | $60.00 | |
| • Other Fees _____ | | |
| **Total** | | 20 00 |

_Sherry M Joseph_  
Register in Probate

Per _____

IF PAYMENT IS MADE BY CHECK, THIS RECEIPT IS NOT VALID UNTIL CHECK HAS CLEARED ALL BANKS.

STATE OF WISCONSIN, CIRCUIT COURT, WOOD COUNTY | For Official Use

IN THE MATTER OF THE ESTATE OF

Frank Zickert

[ ] Amended

**Petition for Special Administration**
(Formal Administration)

Case No. 14 PR 135

FILED
JUN 30 2014
PROBATE/JUVENILE COURT
Wood County, Wisconsin

**UNDER OATH, I STATE:**

1. The decedent, with date of birth 12/26/1943 and date of death 5/17/2011, was domiciled in Wood County, State of Wisconsin, with a mailing address of 7603 Puff Creek Blvd., ~~Richfield~~ Arpin, WI 54410.

2. I am interested as wife of Frank Zickert.

3. Other proceedings concerning the estate of the decedent
   ☒ are not pending
   ☐ are currently pending
   ☐ were previously completed
   in Wisconsin or elsewhere.
   Explain: _____

4. The decedent
   ☐ did  ☒ did not   receive Medical Assistance/Medicaid.
   ☐ did  ☒ did not   receive Family Care and/or Partnership benefits (through a Managed Care Organization – MCO/CMO).
   ☐ did  ☒ did not   receive benefits from the Community Options Program (COP).
   ☐ did  ☒ did not   receive benefits from Wisconsin Chronic Disease Program.
   ☐ was  ☒ was not   a patient or inmate of a state or county hospital or institution, or responsible for any person owing an obligation to the state or county.
   Explain: _____
   ☐ The petitioner lacks information to complete this section.

5. If the decedent was ever married, complete the following: (If more than one spouse, ☒ **See attached.**)
   Name of spouse (☐ living or ☐ deceased) _____.
   ☐ Married to decedent.
   ☐ Divorced from decedent.
   The spouse ☐ did ☐ did not   receive benefits from the Community Options Program (COP).
   The spouse ☐ did ☐ did not   receive benefits from the Wisconsin Chronic Disease Program.
   ☐ The petitioner lacks information to complete this section.

☐ 6. The decedent died leaving a
   ☐ will, dated _____.  ☐ codicil(s) (if any), dated _____.

7. The names and mailing addresses of all interested persons are: (For any person with disabilities, also list any guardian of estate; for any person in the military, also list attorney or attorney in fact; and for any minor, list date of birth.)

| Name | Relationship | Mailing Address | If Minor, Date of Birth |
|---|---|---|---|
| Greg Zickert | Son | 3860 N. Sidney Ave., Neillsville, WI 54456 | |
| Dawn Zickert | Daughter | 1099 50th Ave., Amery, WI 64003 | |
| Cindy Zickert | Wife | 7603 Puff Creek Blvd., ~~Richfield~~ Arpin, WI 54410 | |

PR-1850, 10/10 Petition for Special Administration (Formal Administration)   §§867.07, and 867.09, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

8. It is necessary to appoint a special administrator because
   - ☐ A. there is no estate to be administered and an act should be performed on the part of the decedent, the performance of which affects or is of importance to the petitioner or any other person.
   - ☐ B. the final judgment of distribution in the estate has been entered and an act remains unperformed in the estate, or unadministered assets have been found or may be found belonging to the estate.
   - ☐ C. the estate can be settled under summary settlement or summary assignment.
   - ☐ D. it is necessary to conserve or administer the estate of a decedent before letters can be issued to a personal representative.
   - ☐ E. circumstances providing for determination of descent of property exist.
   - ☒ F. a cause of action exists for or against the decedent or the decedent's estate and it is necessary that some act be performed before letters can be issued to a personal representative.
   - ☐ G. other circumstances exist which in the discretion of the court require the appointment of a special administrator.
   - ☒ H. Other: _____

9. The special administrator requires
   - ☒ A. only these specific powers: To prosecute an action on behalf of the estate of Frank Zickert currently pending in U.S. District Court for the Western District of Wisconsin, Case No. 13-CV-250.
   - ☐ B. all the general powers, duties and liabilities as personal representative.
     - ☐ Except: _____ .

☐ 10. Other: _____

**I REQUEST THE COURT:**
☐ 1. Set a hearing on the petition.

2. Order notice, if required by the court.

3. Grant the petition authorizing powers, duties and liabilities of special administrator as stated above.

4. Issue letters of special administration to Cindy Zickert, mailing address 7603 Puff Creek Blvd., ~~Richfield,~~ Arpin WI 54410.

☐ 5. Other: _____

State of Wisconsin
County of Wood
Subscribed and sworn to before me on 6-21-14

_Jennifer Giese_
Notary Public/Court Official

Jennifer Giese
Name Printed or Typed

My commission/term expires: 3-18-18

▶ _Cindy Zickert_
Petitioner

Cindy Zickert
Name Printed or Typed

7603 Puff Creek Blvd., ~~Richfield~~ Arpin, WI 54410
Address

(715) 652-6396
Telephone Number

June 21, 2014
Date

| Form completed by: (Name) Robert G. McCoy |  |
|---|---|
| Address 220 S. Ashland Ave. Chicago, IL 60607 | |
| Telephone Number 312-944-0600 | Bar Number 1054014 |

PR-1850, 10/10 Petition for Special Administration (Formal Administration)      §§867.07, and 867.09, Wisconsin Statutes

**This form shall not be modified. It may be supplemented with additional material.**

Page 2 of 2

IN THE MATTER OF THE ESTATE OF:
Frank Zickert

Attachment to Petition for Special Administration

5. If the decedent was ever married, complete the following:
    a. Married Joan Zickert around 1961, divorced in 1984 or 1985
    b. Married Cindy Zickert 4/1/1988

| STATE OF WISCONSIN, CIRCUIT COURT, <u>WOOD</u> COUNTY | | For Official Use |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF<br><u>Frank Zickert</u> | ☐ Amended<br>**Waiver and Consent**<br>(Formal Administration)<br><br>Case No. _____ | FILED<br>JUN 3 0 2014<br>PROBATE/JUVENILE COURT<br>Wood County, Wisconsin |

1. I am an interested person in this proceeding.

2. I am not a minor.

3. I have not been found incompetent and I do not have a guardian.

4. I received a copy of the petition for
   ☒ A. special administration.
   ☐ B. summary settlement of small estate.
   ☐ C. summary assignment of small estate.
   ☐ D. termination of trust.
   ☐ E. Other: _____

5. I waive any further notice of the hearing on the petition. I enter my appearance in this matter, and consent to the requests made in the petition.

| Name Printed or Typed | Signature | Date |
|---|---|---|
| Greg Zickert | *Greg Zickert* | 5/4/14 |
| Dawn Elwood | | |
| | | |
| | | |
| | | |
| | | |

6. Other: _____

| Form completed by: (Name)<br>Robert G. McCoy |
|---|
| Address<br>220 S. Ashland Ave.<br>Chicago, IL 60607 |

| Telephone<br>(312) 944-0600 | Bar Number<br>1054014 |
|---|---|

PR-1846, 10/10 Waiver and Consent (Formal Administration)    §879.09, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**

| STATE OF WISCONSIN, CIRCUIT COURT, <u>WOOD</u> COUNTY | For Official Use |
|---|---|
| IN THE MATTER OF THE ESTATE OF<br><u>Frank Zickert</u><br>_____ | ☐ Amended<br>**Waiver and Consent**<br>(Formal Administration)<br><br>Case No. _____ | FILED<br>JUN 3 0 2014<br>PROBATE/JUVENILE COURT<br>Wood County, Wisconsin |

1. I am an interested person in this proceeding.

2. I am not a minor.

3. I have not been found incompetent and I do not have a guardian.

4. I received a copy of the petition for
   ☒ A. special administration.
   ☐ B. summary settlement of small estate.
   ☐ C. summary assignment of small estate.
   ☐ D. termination of trust.
   ☐ E. Other: _____

5. I waive any further notice of the hearing on the petition. I enter my appearance in this matter, and consent to the requests made in the petition.

| Name Printed or Typed | Signature | Date |
|---|---|---|
| Greg Zickert | | |
| Dawn Elwood | *Dawn Elwood* | 5-5-14 |
| | | |
| | | |
| | | |
| | | |

6. Other: _____

| Form completed by: (Name)<br>Robert G. McCoy |
|---|
| Address<br>220 S. Ashland Ave.<br>Chicago, IL 60607 |

| Telephone<br>(312) 944-0600 | Bar Number<br>1054014 |
|---|---|

STATE OF WISCONSIN, CIRCUIT COURT, <u>WOOD</u> COUNTY | For Official Use

IN THE MATTER OF THE ESTATE OF

Frank Zickert

☐ Amended

**Waiver and Consent**
(Formal Administration)

FILED
JUN 3 0 2014
PROBATE/JUVENILE COURT
Wood County, Wisconsin

Case No. _____

1. I am an interested person in this proceeding.

2. I am not a minor.

3. I have not been found incompetent and I do not have a guardian.

4. I received a copy of the petition for
   ☒ A. special administration.
   ☐ B. summary settlement of small estate.
   ☐ C. summary assignment of small estate.
   ☐ D. termination of trust.
   ☐ E. Other: _____

5. I waive any further notice of the hearing on the petition. I enter my appearance in this matter, and consent to the requests made in the petition.

| Name Printed or Typed | Signature | Date |
|---|---|---|
| Greg Zickert | | |
| Dawn Elwood | | |
| Cindy Zickert | Cindy Zickert | June 21, 2014 |
| | | |
| | | |
| | | |

6. Other: _____

Form completed by: (Name)
Robert G. McCoy

Address
220 S. Ashland Ave.
Chicago, IL 60607

Telephone
(312) 944-0600

Bar Number
1054014

PR-1846, 10/10 Waiver and Consent (Formal Administration)
This form shall not be modified. It may be supplemented with additional material.

§879.09, Wisconsin Statutes

STATE OF WISCONSIN, CIRCUIT COURT, <u>WOOD</u> COUNTY | For Official Use

IN THE MATTER OF THE ESTATE OF

<u>Frank Zickert</u>

☐ Amended

**Proof of Heirship**
☐ Informal Administration
☐ Formal Administration

Case No. _____

FILED
JUN 30 2014
PROBATE/JUVENILE COURT
Wood County, Wisconsin

**UNDER OATH, I ANSWER THE FOLLOWING QUESTIONS:**

1. What is your name, mailing address and relationship to the decedent?

| Name | Mailing Address | Relationship |
|---|---|---|
| Cindy Zickert | 7603 Puff Creek Blvd., Richfield, WI 54410 | Wife |

2. Was the decedent survived by a spouse or domestic partner?   ☒ Yes   ☐ No
   If YES, give name: <u>Cindy Zickert</u>

3. A. Did the decedent have any children? (Living or deceased; natural or adopted.)   ☒ Yes   ☐ No
   If YES, list all names. (If deceased, indicate date of death.)   ☐ See attached

| Name of Decedent's Children | If Deceased, Date of Death |
|---|---|
| Greg Zickert | |
| Dawn ~~Zickert~~ Elwood | |

   B. For each deceased child listed in 3A., list his or her name and the names of his or her children (Living or deceased; natural or adopted). If any of his or her children are deceased, indicate the date of death of that child and the names of his or her descendants. (Living or deceased; natural or adopted.)   ☐ See attached

| Name of Deceased Child in (3A) | Name of Deceased Child's Child(ren) | Date of Death |
|---|---|---|
| | | |

4. If there is a surviving spouse or domestic partner, are all of the decedent's children listed in 3A., also the children of the surviving spouse or domestic partner?   ☐ Yes   ☒ No
   If NO, give details: <u>decedents step son is ~~Michael~~ Alexander M. Zickert</u>

**Instructions:**
Are there living persons listed in answers to questions 2. through 4.?
• If Yes, skip to question 8.
• If No, continue with question 5.

5. Did the decedent leave surviving parents?   ☐ Yes   ☐ No
   If YES, list names.

| Name |
|---|
| |

PR-1806, 10/10 Proof of Heirship (Informal Administration and Formal Administration)   §§852.01, 854.03 and 863.23, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 1 of 2

Proof of Heirship (Informal Administration and Formal Administration) Page 2 of 2
Case: 3:13-cv-00250-wmc Document #: 42-1 Filed: 01/02/15 Page 12 of 14
Case No. _____

6.  A. If no surviving parent, did the decedent have brothers or sisters? (Living or deceased; whole blood, half blood, adopted)  ☐ No  ☐ Yes
    If YES, list all names. (If deceased, indicate date of death.)

| Name of Decedent's Brothers or Sisters | If Deceased, Date of Death |
|---|---|
|  |  |

B. For each deceased brother or sister listed in 6A., list his or her name and the names of his or her children (Living or deceased; natural or adopted). If any of his or her children is deceased, indicate the date of death of that child and the names of his or her descendants. (Living or deceased; natural or adopted) ☐ See attached

| Name of Deceased Brother or Sister in (6A) | Date of Death | Name of Deceased Brother's or Sister's Children |
|---|---|---|
|  |  |  |

7. If there are **no living persons** listed in questions 2. through 6B., list names of maternal (mother) and paternal (father) grandparents and the descendants of any deceased grandparent and whether the person is living or deceased. Please continue listing children of deceased persons until a living person is named. ☐ See attached

| MATERNAL (Mother) | PATERNAL (Father) |
|---|---|
| Grandfather: | Grandfather: |
| Grandmother: | Grandmother: |
| Descendants: | Descendants: |

8. Did any of the persons named in 2. through 7. die within 120 hours (5 days) after the death of the decedent? ☒ No  ☐ Yes
   If YES, list name(s), date of death and descendant(s).

| Name | Date of Death | Descendant(s) |
|---|---|---|
|  |  |  |

State of Wisconsin
County of Wood
Subscribed and sworn to before me on 4/23/14

_Robert G. McCoy_
Notary Public, State of Wisconsin
[Stamp: ROBERT G. MCCOY Notary Public State of Wisconsin]
Robert G. McCoy
Name Printed or Typed

My commission/term expires: _____

_Cindy Zickert_ (Signature)
Cindy Zickert
Name Printed or Typed
(715) 652-6396
Telephone Number
4/23/2014
Date

Form completed by: (Name)
Robert G. McCoy

Address
220 S. Ashland Ave.
Chicago, IL 60607

Telephone Number
312-944-0600

Bar Number (If any)
1054014

PR-1806, 10/10 Proof of Heirship (Informal Administration and Formal Administration)  §§852.01, 854.03 and 863.23, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 2 of 2

| STATE OF WISCONSIN, CIRCUIT COURT, <u>WOOD</u> COUNTY | For Official Use |
|---|---|

IN THE MATTER OF THE ESTATE OF

<u>Frank Zickert</u>

☐ Amended

**Consent to Serve**
☐ Informal Administration
☐ Formal Administration

Case No. _____

FILED
JUN 3 0 2014
PROBATE/JUVENILE COURT
Wood County, Wisconsin

1. I consent to serve as   ☐ personal representative   ☒ special administrator   of this estate. I accept the duties, submit personally to the jurisdiction of the court in any proceeding relating to the estate that may be instituted by any interested person and agree to be bound by the laws of Wisconsin.

2. I will file any required bond.

☐ 3. I am a nonresident of Wisconsin.

I appoint (Name) _____ as resident agent to accept service of process.

▶ *Cindy Zickert* (signature)
Signature
Cindy Zickert
Name Printed or Typed

7603 Puff Creek Blvd., ~~Richfield,~~ WI 54410
Address
Arpin

(715) 652-6396
Telephone Number

_____
Date

## Acceptance by Resident Agent

I accept appointment as resident agent for this estate to accept service of process.

▶ _____
Resident Agent

_____
Name Printed or Typed

_____
Address

_____
Telephone Number

_____
Date

| Form completed by: (Name) Robert G. McCoy |
|---|
| Address 220 S. Ashland Ave. Chicago, IL 60607 |

| Telephone Number | Bar Number (If any) |
|---|---|
| 312-944-0600 | 1054014 |

In the Estate of Frank Zickert

☐ Amended

**Notice of Summary Proceeding Deadline**
(Formal Administration)

Case No. 2014PR000135

ROBERT G MCCOY
CASCINO VAUGHAN LAW OFFICES
220 SOUTH ASHLAND AVENUE
CHICAGO IL  60607

**PLEASE TAKE NOTICE:**

1. This summary proceeding must be completed by December 1, 2015.

2. If the above deadline cannot be met, the special administrator or petitioner or attorney, if any, shall petition the court for an extension of the deadline.  The court may grant an extension of time to file if you provide the court with a completed form PR-1833, Petition for Extension of Time.

3. Failure to meet any deadline established by this notice, or any extension granted by the court, may result in the imposition of sanctions by the court on the special administrator or petitioner and attorney, if any.

**ISSUED BY:**

_Sherry Masephol_ (signature)

☐ Circuit Court Judge   ☐ Circuit Court Commissioner   ☒ Probate Registrar

July 1, 2014
Date

**Distribution:**

Court Original
Robert G McCoy
Cindy Zickert